# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction**.

| | |
|---|---|
| **Appeal No. & Caption** | 16-4114 |
| **Originating No. & Caption** | 13-CR-00626 US v. Duckett |
| **District Court & Judge** | District Court MAryland / Judge Grimm |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Date of entry of order/judgment appealed from | 3-3-16 | |
| Date this notice of appeal filed | 3-2-16 | |
| If cross appeal, date first notice of appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final order or judgment? | ◉ Yes | ○ No |

If appeal is not from final judgment, why is order appealable?

**Transcript – Order all necessary transcript now. Extensions of the briefing schedule to order additional transcript are disfavored**

(Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached. CJA counsel must attach copy of the CJA 24 with the transcript order.).

| | | | | |
|---|---|---|---|---|
| Trial Date(s): | | ◯ On Order or On File | ◯ Order Attached | ◯ Not Needed |
| Plea Date: | 2-18-15 | ◯ On Order or On File | ◯ Order Attached | ◉ Not Needed |
| Sentence Date: | 3-3-16 | ◯ On Order or On File | ◯ Order Attached | ◯ Not Needed |
| Other Date(s): | 10/1/15-withdraw plea & 10/6/15 & 1/28/15-Motions 10/1/15 | ◯ On Order or On File | ◯ Order Attached | ◯ Not Needed |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ◯ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |

**Issues** (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.)

① Withdrawal of guilty plea

② Right to replacement CJA counsel

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: Ted Duckett<br>Address: #57201-037<br>FCI Fairton<br>P.O. Box 420<br>Fairton, NJ 08320<br>E-Mail:<br>Phone: | Name: Kevin J. McCants<br>Address: 601 Pennsylvania Ave., NW<br>Suite 900<br>Washington, DC 20004<br>E-Mail: kevin@themccantsfirm.com<br>Phone: 202-459-4676 |

**Signature:** [signature] **Date:** 4-14-16

**Counsel for:** Ted Duckett

**Certificate of Service**: I certify that on 4-15-16 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Mrs. Leah Bressack<br>AUSA<br>6406 Ivy Lane<br>Suite 800<br>Greenbelt, MD 20770 | Mr. Thomas Sullivan<br>AUSA<br>6406 Ivy Lane<br>Suite 800<br>Greenbelt, MD 20770 |
| Signature: [signature] | Date: 4-14-16 |